# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136981

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 136981
                                                     COA: 282442
                                                     Kalamazoo CC: 01-001533-FH
MICHAEL WILLIAMS,
          Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008                          _____
                                                              Clerk

p1117